UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BELAND )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>PNC BANK, N.A. and )<br>HARMON LAW OFFICES, P.C. )<br>     Defendants. )<br>_____ ) | Case No. 10-CV-40086-FDS |

**DEFENDANT PNC BANK, N.A.'S OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

The Defendant, PNC Bank, N.A. ("PNC"), hereby opposes Plaintiff's motion for leave to File Amended Complaint. As grounds for its opposition, PNC states that Plaintiff's amendment would be futile. As further grounds for its opposition, PNC states as follows.

1. Plaintiff seeks to amend his complaint in order to assert claims that Defendant has violated M.G.L. c. 93A § 9.

2. Pursuant to M.G.L. c. 93A § 9, Plaintiff must before filing claims under Chapter 93A, mail or deliver "a written demand for relief . . . reasonably describing . . . the injury suffered. "M.G.L. c. 93A § 9.

3. However, Plaintiff's purported demand letter, attached as **Exhibit "D"** to Plaintiff's proposed Amended Complaint, fails to demand any relief from PNC. Plaintiff merely contends that certain actions by PNC have been fraudulent, negligent and in violation on the Fair Debt Collection Practices Act and the Equal Credit Opportunity Act and, thereby in violation of Chapter 93A.

4.      The purpose of the requirement under M.G.L. c. 93A § 9 that a "demand for relief" be delivered to a Defendant before a claim can be asserted for violation of Chapter 93A is to encourage settlement. Where Plaintiff fails to make a demand for relief, Defendant cannot reasonably respond with an offer of settlement, thereby defeating the very purpose of the prerequisite.

5.      Because Plaintiff's purported "demand for settlement" pursuant to M.G.L. c. 93A § 9 fails, in fact, to make any demand for relief, it fails likewise to satisfy a condition precedent for asserting a claim against Defendant under M.G.L. c. 93A § 9.

6.      Because Plaintiff's proposed amended claims under Chapter 93A fail as a matter of law, they are futile and Plaintiff's motion should be denied.

WHEREFORE, Defendant hereby opposes Plaintiff's Motion for Leave to File Amended Complaint and requests that Plaintiff's motion be denied.

> The Defendant,
>
> PNC BANK, N.A.
>
> By its attorneys,
>
> /s/ Patrick T. Voke
> Patrick T. Voke, BBO #553033
> LECLAIRRYAN, *A Professional Corporation*
> One International Place, 11th Floor
> Boston, MA 02110
> 617-502-8200
> patrick.voke@leclairryan.com

## CERTIFICATE OF SERVICE

      I, Patrick T. Voke, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-participants on this date.

Date: May 9, 2011

                                                */s/ Patrick T. Voke*
                                                Patrick T. Voke